# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| RAY FLAKE and KATHY FLAKE, <br> Plaintiffs, <br><br> v. <br><br> SCHRADER-BRIDGEPORT INTERNATIONAL, INC.; TOMKINS, PLC; ARVINMERITOR, INC.; JOHN DOES 1-10; APLPER HOLDINGS USA, INC.; ROBERT JOHN KILMARX; and KAREN MARIE KILMARX, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 3:07-0925 <br> JUDGE HAYNES |
| JOHN ARMSTRONG and <br> CHARLOTTE ARMSTRONG, <br><br> Plaintiffs, <br><br> v. <br><br> SCHRADER-BRIDGEPORT INTERNATIONAL,INC.; TOMKINS, PLC; ARVINMERITOR, INC.; JOHN DOES 1-10; APLPER HOLDINGS USA, INC.; ROBERT JOHN KILMARX; and KAREN MARIE KILMARX, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 3:07-0926 <br> JUDGE HAYNES |
| DONALD ADKINS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCHRADER-BRIDGEPORT INTERNATIONAL, INC.; TOMKINS, PLC; ARVINMERITOR, INC.; JOHN DOES 1-10; APLPER HOLDINGS USA, INC.; ROBERT JOHN KILMARX; and KAREN MARIE KILMARX, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 3:07-0927 <br> JUDGE HAYNES |

**ORDER**

In accordance with the Memorandum filed herewith, the Plaintiffs' motion (Docket Entry No. 59) is **DENIED as moot** and the Defendant Tomkins plc's revised motions to dismiss (Docket Entry No. 46 in 3:07-925); (Docket Entry No. 62 in Case No. 3:07-926); and (Docket Entry No. 59 in Case No. 3:07-927) are **GRANTED** and Plaintiffs' claims against Tomkins plc are **DISMISSED** for lack of personal jurisdiction of Tomkins plc. The Clerk shall enter this Order and accompanying Memorandum in each of the above-styled actions.

It is so **ORDERED**.

**ENTERED** this the ___15th___ day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge